UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **AMERICAN GENERAL LIFE INSURANCE CO** | **CASE NO. 2:25-CV-00903** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GAYE MCCARTY ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **GRANTs** the Motion to Deposit Funds [doc. 4] and Motion for Discharge [doc. 16]. The court further **ORDERS** as follows:

1. American General is authorized to deposit $62,105.09, plus accrued interest, with the Clerk of the United States District Court, Western District of Louisiana, Lake Charles Division.

2. The Clerk of Court shall deposit $62,105.09, plus accrued interest, into the Disputed Ownership fund in an interest-bearing account until such time as the Court makes its further order directing disbursement of these funds.

3. Plaintiff American General Life Insurance Company has established all the requirements for interpleader relief pursuant to 28 U.S.C. § 1335.

4. American General Life Insurance Company is hereby discharged from any and all liability to Gaye McCarty, Greta Ratliff, and Gloria Hill, and to any person, firm, estate, corporation, or entity on account of or in any way related to American

General Life Insurance Company life insurance annuity number 2CG12743 issued to the late Carol Thornton, and/or related to the handling or processing of any claims made under American General Life Insurance Company life insurance annuity number 2CG12743 issued to the late Carol Thornton.

5. Pursuant to 28 U.S.C. § 2361, Gaye McCarty, Greta Ratliff, and Gloria Hill, and each of their respective attorneys, representatives, successors, assigns, and heirs are hereby permanently enjoined from instituting or prosecuting against American General Life Insurance Company any proceeding in any state or United States Court or administrative tribunal relating to the benefits due under American General Life Insurance Company life insurance annuity number 2CG12743 issued to the late Carol Thornton and/or related to the handling or processing of any claims made under American General Life Insurance Company life insurance annuity number 2CG12743 issued to the late Carol Thornton.

6. The court hereby **ORDERS, ADJUDGES,** and **DECREES** that plaintiff American General Life Insurance Company be **DISMISSED WITH PREJUDICE** from this action.

7. Defendants Gaye McCarty, Greta Ratliff, and Gloria Hill shall remain parties to this action to resolve their competing claims to the death benefit payable under American General Life Insurance Company life insurance annuity number 2CG12743 issued to the late Carol Thornton.

**THUS DONE AND SIGNED** in Chambers on the 18th day of October, 2025.

                        **JAMES D. CAIN, JR.**
                   **UNITED STATES DISTRICT JUDGE**